IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02434-MSK-MEH

DENISE HART,

     Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

     Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 6, 2013 (**Doc. #30**), Granting Defendant's Motion for Summary Judgment, it is

ORDERED that judgment is entered in favor of the defendant Reliance Standard Life Insurance Company and against Denise Hart.  The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE and the case is closed.  Plaintiff may re-file her case after administrative remedies available under the plan have been exhausted.  It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day September, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk